1  E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com
   KERRI N. HARPER (SB# 217377) kerriharper@paulhastings.com
2  ANNA L. CHU (SB# 243378) annachu@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
5  Facsimile:  (415) 856-7100

6  Attorneys for Defendants
   UNITED PARCEL SERVICE, INC.,
7  TONY AGENJO, and KIMBERLY MUNIZ

ORIGINAL FILED
APR - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARK HARRIS, | Case No. |
|---|---|
| Plaintiff, | [Alameda County Superior Court Case No. RG07353967] |
| vs. | **DEFENDANT KIMBERLY MUNIZ' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| UNITED PARCEL SERVICE, INC., an Ohio Corporation; Tony Agenjo; Kimberly Muniz; and DOES ONE through ONE HUNDRED, inclusive, | |
| Defendants. | LOCAL RULE 3-16 |

| | |
|---|---|
| 1 | TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE |
| 2 | NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF MARK HARRIS AND HIS |
| 3 | ATTORNEYS OF RECORD, STEVEN J. MEHLMAN, MARC L. TERBEEK, AND |
| 4 | MEHLMAN & TERBEEK LLP: |

Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Defendant Kimberly Muniz, hereby certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: April 2, 2008

E. JEFFREY GRUBE
KERRI N. HARPER
ANNA L. CHU

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Kerri N. Harper
KERRI N. HARPER

Attorneys for Defendant KIMBERLY MUNIZ

Case No.                -1-            DEFENDANT MUNIZ' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS