
1  E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com
   KERRI N. HARPER (SB# 217377) kerriharper@paulhastings.com
2  ANNA L. CHU (SB# 243378) annachu@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100

6  Attorneys for Defendants
   UNITED PARCEL SERVICE, INC.,
7  TONY AGENJO, and KIMBERLY MUNIZ

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         CV 08 1810

11 MARK HARRIS,                          Case No.

12              Plaintiff,               [Alameda County Superior Court Case No.
                                         RG07353967]
13     vs.
                                         **DEFENDANT UNITED PARCEL
14 UNITED PARCEL SERVICE, INC., an       SERVICE, INC.'S CERTIFICATION OF
   Ohio Corporation; Tony Agenjo; Kimberly  INTERESTED ENTITIES OR PERSONS**
15 Muniz; and DOES ONE through ONE
   HUNDRED, inclusive,
16                                       FRCP 7.1
              Defendants.                LOCAL RULE 3-16
17

*Stamps: ORIGINAL FILED, APR - 3 2008, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, E-filing, JSW*

Case No.                                 DEFENDANT'S CERTIFICATION OF
                                         INTERESTED ENTITIES OR PERSONS

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF MARK HARRIS AND HIS ATTORNEYS OF RECORD, STEVEN J. MEHLMAN, MARC L. TERBEEK, AND MEHLMAN & TERBEEK LLP:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant United Parcel Service, Inc. ("UPS") hereby certifies that as of this date, UPS has no parent companies. UPS further certifies that as of this date, no publicly-held corporations own ten percent (10%) or more of its stock. In addition, pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Defendant UPS, hereby certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: April 3, 2008

E. JEFFREY GRUBE
KERRI N. HARPER
ANNA L. CHU

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
KERRI N. HARPER

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

Case No.                                    -1-                   DEFENDANT'S CERTIFICATION OF
                                                                  INTERESTED ENTITIES OR PERSONS