E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com
KERRI N. HARPER (SB# 217377) kerriharper@paulhastings.com
ANNA L. CHU (SB# 243378) annachu@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendants
UNITED PARCEL SERVICE, INC.,
TONY AGENJO, and KIMBERLY MUNIZ

ORIGINAL FILED
APR - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JSW

| | |
|---|---|
| MARK HARRIS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Corporation; Tony Agenjo; Kimberly Muniz; and DOES ONE through ONE HUNDRED, inclusive,<br><br>    Defendants. | Case No. CV 08 1810<br><br>[Alameda County Superior Court Case No. RG07353967]<br><br>**DEFENDANT TONY AGENJO'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>LOCAL RULE 3-16 |

Case No.                                           DEFENDANT AGENJO'S CERTIFICATION
                                                   OF INTERESTED ENTITIES OR PERSONS

1  TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF MARK HARRIS AND HIS
3  ATTORNEYS OF RECORD, STEVEN J. MEHLMAN, MARC L. TERBEEK, AND
4  MEHLMAN & TERBEEK LLP:
5       Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Defendant
6  Tony Agenjo, hereby certifies that as of this date, other than the named parties, there is no such
7  interest to report.

9  DATED: April 3, 2008

E. JEFFREY GRUBE
KERRI N. HARPER
ANNA L. CHU

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
        KERRI N. HARPER

Attorneys for Defendant TONY AGENJO

Case No.   -1-   DEFENDANT AGENJO'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS