IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK HARRIS,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC., et al.,

    Defendant.
                                                  /

No. C 08-01810 JSW

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

    Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Maxine M. Chesney to determine whether it is related to *Harris v. United Parcel Service, et al.*, N.D. Civ. No. 08-0315-MMC.

    **IT IS SO ORDERED.**

Dated: April 7, 2008

                                                   JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

cc:    Judge Maxine M. Chesney