| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | Tel: (415) 856-7000 | FOR COURT USE ONLY |
|---|---|---|
| E. JEFFREY GRUBE (SB# 167324)<br>KERRI N. HARPER (SB# 217377)<br>ANNA L. CHU (SB# 243378)<br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>55 Second Street<br>Twenty-Fourth Floor<br>San Francisco, CA 94105-3441<br>Attorneys for Defendants:<br>UNITED PARCEL SERVICE, INC.<br>TONY AGENJO, and KIMBERLY MUNIZ<br>Ref: 3017268 | | |

United States District Court Northern District of California

Plaintiffs: MARK HARRIS vs.
Defendants: UNITED PARCEL SERVICE, INC., an Ohio corporation, TONY AGENJO, KIMBERLY MUNIZ, and DOES ONE through ONE HUNDRED, inclusive,

| PROOF OF SERVICE | DATE: | TIME: | DEPT | CASE NUMBER: CV 08-1810 JSW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
   a.) Civil Cover Sheet
   b.) Notice of Removal to Federal Court by Defendants United Parcel Service, Inc., Tony Agenjo, and Kimberly Muniz
   c.) Declaration of Kerri N. Harper In Support of Defendants' Notice of Removal
   d.) Defendant United Parcel Service, Inc.'s Certification of Interested Entities or Persons
   e.) Defendant Kimberly Muniz' Certification of Interested Entities or Persons
   f.) Declaration of kerri N. Harper In Support of Defendants' Notice of Removal
   g.) Order Setting Initial Case Management Conference and ADR Deadlines
   h.) Notice of Availablity of Magistrate Judge to Exercise Jurisdiction
   i.) Notice of Lawsuit and Request for Waive of Service of Summons
   j.) Waiver of Service of Summons
   k.) U.S. District Court Northern California- ECF Registration Information Handout

2. a. Party served:      Matthew M. Oliveri, Esq.
                          Marc L. Terbeek, Esq
                          Law Offices of: Mehlman Terbeek LLP

   b. Witness served:    J. Smith accepted service for:
                          Matthew M. Oliveri, Esq.
                          Marc L. Terbeek, Esq
                          Law Offices of: Mehlman Terbeek LLP

   c. Address:           2125 Oak Grove Road, Suite #125
                          Walnut Creek, CA 94598

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:

   (1) on:    04/04/08              (2) at:    4:45 p.m.

4. I received this documents for service on (date): 04/04/08

5. Person serving:
MILAGRO RAMOS
NATIONWIDE LEGAL, INC,
1255 POST STREET, SUITE #500
SAN FRANCISCO, CALIFORNIA 94109
(415) 351-0400

a. Fee for service $

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Date: April 7, 2008

Rule 982(a)(23) Judicial Council of California

PROOF OF SERVICE