1  E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com
   KERRI N. HARPER (SB# 217377) kerriharper@paulhastings.com
2  ANNA L. CHU (SB# 243378) annachu@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
5  Facsimile:  (415) 856-7100

6  Attorneys for Defendants
   UNITED PARCEL SERVICE, INC., TONY AGENJO, AND KIMBERLY MUNIZ
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARK HARRIS,                              | CASE NO. C-08-01810 JSW
12 |         Plaintiff,                        | **NOTICE OF MOTION AND MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**
13 | vs.                                       |
14 | UNITED PARCEL SERVICE, INC., an           | Dept:   Courtroom 2, 17th Floor
15 | Ohio Corporation; TONY AGENJO;            | Judge:  Honorable Jeffrey S. White
   | KIMBERLY MUNIZ; and DOES 1
   | through ONE HUNDRED, inclusive,
16 |                          Defendants.

TO PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 16, 2008, or as soon thereafter as the matter may be heard, before the Honorable Jeffrey S. White in Courtroom 2, 17th Floor, of the United Stated District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendants United Parcel Service, Inc., Tony Agenjo, and Kimberly Muniz will move to remove incorrectly filed documents. The Court should remove the incorrectly filed documents because the documents should have been filed in the action entitled *Mark Harris v. United Parcel Service, Inc., et al.*, Case No. 08-0315 MMC ("*Harris I*"), before Judge Maxine M. Chesney. Defendants will re-file the documents in *Harris I* today.

Defendants base this motion on the instant Notice of Motion, Motion, and the record in this case.

DATED: April 9, 2008                    PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:_____/s/ *Kerri N. Harper*_____
         KERRI N. HAPRER
Attorneys for Defendants
UNITED PARCEL SERVICE, INC., TONY AGENJO,
and KIMBERLY MUNIZ

CASE NO. C-08-01810 JSW         -1-         NOTICE OF MOTION AND MOTION TO REMOVE
                                                  INCORRECTLY FILED DOCUMENTS

**MEMORANDUM IN SUPPORT OF MOTION TO
REMOVE INCORRECTLY FILED DOCUMENTS**

Defendants United Parcel Service, Inc., Tony Agenjo, and Kimberly Muniz (collectively "Defendants") respectfully request that the Court remove from the file in this case: Docket No. 11— Administrative Motion Opposing Designation of *Harris I* (Case No. C-08-0315 MMC) and *Harris II* (Case No. C-08-1810 JSW) As Related (Chu, A.) (Filed on 4/8/2008); Docket No. 12—Stipulation That Cases Are Not Related, Pursuant to Northern District of California Civil Local Rule 3-12 (Chu, A.) (Filed on 4/8/2008); and Docket No. 13—[Proposed] Order Designating Cases As Unrelated and Granting Administrative Motion Opposing Designation of *Harris I* (Case No. C-08-0315 MMC) and *Harris II* (Case No. C-08-1810 JSW) As Related (Chu, A.) (Filed on 4/8/2008).

Defendants filed the Administrative Motion and supporting documents they seek to have removed from the docket in response to the Court's April 7, 2008 *Sua Sponte* Judicial Referral for Purposes of Determining Relationship of Cases. These documents set forth Defendants' position that *Harris I* (Case No. 08-0315 MMC) and *Harris II* (Case No. C-08-1810 JSW) are not related. Plaintiff has so stipulated.

The Administrative Motion and supporting documents should have been filed in *Harris I* instead of *Harris II*. Defendants will re-file the Administrative Motion and supporting documents in *Harris I* today, April 9, 2008, and ask that they be removed from the docket in *Harris II*.

Defendants respectfully request that the Court find a hearing is not required and grant this motion based on this Notice of Motion, Motion, and the record in this case.

DATED: April 9, 2008                    PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: ____/s/ *Kerri N. Harper*____
KERRI N. HARPER
Attorneys for Defendants
UNITED PARCEL SERVICE, INC., TONY AGENJO, and KIMBERLY MUNIZ