1  E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com
   KERRI N. HARPER (SB# 217377) kerriharper@paulhastings.com
2  ANNA L. CHU (SB# 243378) annachu@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100

6  Attorneys for Defendants
   UNITED PARCEL SERVICE, INC., TONY AGENJO, AND KIMBERLY MUNIZ
7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  MARK HARRIS,                          CASE NO. C-08-01810 JSW

12              Plaintiff,                **[PROPOSED] ORDER GRANTING
                                          MOTION TO REMOVE INCORRECTLY
13      vs.                               FILED DOCUMENTS**

14  UNITED PARCEL SERVICE, INC., an
    Ohio Corporation; TONY AGENJO;        Dept:    Courtroom 2, 17th Floor
15  KIMBERLY MUNIZ; and DOES 1            Judge:   Honorable Jeffrey S. White
    through ONE HUNDRED, inclusive,
16
                Defendants.
17
           Good cause having been found, Defendants' motion to remove incorrectly filed

18  documents, Docket No. 11— Administrative Motion Opposing Designation of *Harris I* (Case No.

19  C-08-0315 MMC) and *Harris II* (Case No. C-08-1810 JSW) As Related (Chu, A.) (Filed on

20  4/8/2008); Docket No. 12—Stipulation That Cases Are Not Related, Pursuant to Northern

21  District of California Civil Local Rule 3-12 (Chu, A.) (Filed on 4/8/2008); and Docket No. 13—

22  [Proposed] Order Designating Cases As Unrelated and Granting Administrative Motion Opposing

23  Designation of *Harris I* (Case No. C-08-0315 MMC) and *Harris II* (Case No. C-08-1810 JSW)

24  As Related (Chu, A.) (Filed on 4/8/2008), is GRANTED.

25

26  DATED: _____

27                                _____
                                       The Honorable Jeffrey S. White
28