1  E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com
   KERRI N. HARPER (SB# 217377) kerriharper@paulhastings.com
2  ANNA L. CHU (SB# 243378) annachu@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100

6  Attorneys for Defendants
   UNITED PARCEL SERVICE, INC., TONY AGENJO, AND KIMBERLY MUNIZ
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 MARK HARRIS,                          CASE NO. C-08-01810 JSW

12          Plaintiff,                   [PROPOSED] ORDER ~~GRANTING~~
                                         MOTION TO REMOVE INCORRECTLY
13     vs.                               FILED DOCUMENTS

14 UNITED PARCEL SERVICE, INC., an
   Ohio Corporation; TONY AGENJO;       Dept:  Courtroom 2, 17th Floor
15 KIMBERLY MUNIZ; and DOES 1           Judge: Honorable Jeffrey S. White
   through ONE HUNDRED, inclusive,
16
            Defendants.
17
   ~~Good cause having been found, Defendants' motion to remove incorrectly filed~~
18
   ~~documents, Docket No. 11 – Administrative Motion Opposing Designation of *Harris I* (Case No.~~
19
   ~~C-08-0315 MMC) and *Harris II* (Case No. C-08-1810 JSW) As Related (Chu, A.) (Filed on~~
20
   ~~4/8/2008); Docket No. 12 – Stipulation That Cases Are Not Related, Pursuant to Northern~~
21
   ~~District of California Civil Local Rule 3-12 (Chu, A.) (Filed on 4/8/2008); and Docket No. 13 –~~
22
   ~~[Proposed] Order Designating Cases As Unrelated and Granting Administrative Motion Opposing~~
23
   ~~Designation of *Harris I* (Case No. C-08-0315 MMC) and *Harris II* (Case No. C-08-1810 JSW)~~
24
   ~~As Related (Chu, A.) (Filed on 4/8/2008), is GRANTED.~~ The Court DENIES Defendants' motion
25 to remove incorrectly filed documents and DIRECTS Defendants' to file a notice withdrawing its
   administrative motion opposing relation.
26 DATED: April 10, 2008
27                                        _____
                                          The Honorable Jeffrey S. White
28

CASE NO. C-08-01810 JSW                                    [PROPOSED] ORDER