1  E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com
   KERRI N. HARPER (SB# 217377) kerriharper@paulhastings.com
2  ANNA L. CHU (SB# 243378) annachu@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
5  Facsimile:  (415) 856-7100

6  Attorneys for Defendants
   UNITED PARCEL SERVICE, INC., TONY AGENJO, AND KIMBERLY MUNIZ
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARK HARRIS,                              | CASE NO.  C-08-01810 JSW
12 |           Plaintiff,                      | **NOTICE OF WITHDRAWAL OF ADMINISTRATIVE MOTION OPPOSING DESIGNATION OF *HARRIS I* (CASE NO. C-08-0315 MMC) AND *HARRIS II* (CASE NO. C-08-01810 JSW) AS RELATED**
13 |      vs.                                  |
14 | UNITED PARCEL SERVICE, INC., an           |
   | Ohio Corporation; TONY AGENJO;            |
15 | KIMBERLY MUNIZ; and DOES 1                |
   | through ONE HUNDRED, inclusive,           | Dept:    Courtroom 2, 17th Floor
16 |                                           | Judge:   Honorable Jeffrey S. White
                Defendants.

---

CASE NO. C-08-01810 JSW                                          NOTICE OF WITHDRAWAL OF
                                                                  ADMINISTRATIVE MOTION

1  TO THE HONORABLE JEFFREY S. WHITE AND PLAINTIFF AND HIS
2  COUNSEL OF RECORD:
3  PLEASE TAKE NOTICE that Defendants United Parcel Service, Inc., Tony
4  Agenjo, and Kimberly Muniz respectfully withdraw from the instant case their Administrative
5  Motion Opposing Designation of *Harris I* (Case No. C-08-0315 MMC) and *Harris II* (Case No.
6  C-08-1810 JSW) (Docket No. 11). Defendants also withdraw the supporting documents filed
7  with the Administrative Motion: Docket No. 12—Stipulation That Cases Are Not Related,
8  Pursuant to Northern District of California Civil Local Rule 3-12 (Chu, A.) (Filed on 4/8/2008);
9  Docket No. 13—[Proposed] Order Designating Cases As Unrelated and Granting Administrative
10 Motion Opposing Designation of *Harris I* (Case No. C-08-0315 MMC) and *Harris II* (Case No.
11 C-08-1810 JSW) As Related (Chu, A.) (Filed on 4/8/2008).
12 Defendants have re-filed each of these documents in *Harris I* (Case No. C-08-0315
13 MMC), which currently is pending before Judge Chesney.

DATED: April 10, 2008          PAUL, HASTINGS, JANOFSKY & WALKER LLP


                               By:        /s/ *Kerri N. Harper*
                                       KERRI N. HARPER
                               Attorneys for Defendants
                               UNITED PARCEL SERVICE, INC., TONY AGENJO,
                               and KIMBERLY MUNIZ

Case No. C-06-4068 MMC          -1-          NOTICE OF WITHDRAWAL OF
                                             ADMINISTRATIVE MOTION