1  E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com
   KERRI N. HARPER (SB# 217377) kerriharper@paulhastings.com
2  ANNA L. CHU (SB# 243378) annachu@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, CA 94105-3441
4  Telephone (415) 856-7000
   Facsimile (415) 856-7100
5
   Attorneys for Defendants
6  UNITED PARCEL SERVICE, INC., TONY AGENJO, and
   KIMBERLY MUNIZ
7
   STEVEN J. MEHLMAN (SB# 95881) steven@mehlman-terbeek.com
8  MARC L. TERBEEK (SB# 166098) marc@mehlman-terbeek.com
   MATTHEW M. OLIVERI (SB# 230486) matt@mehlman-terbeek.com
9  MEHLMAN-TERBEEK, LLP
   2125 Oak Grove Road, Suite 125
10 Walnut Creek, CA 94598-3575
   Telephone (925) 935-3575
11 Facsimile (925) 935-1789

12 Attorneys for Plaintiff
   MARK HARRIS
13
                        UNITED STATES DISTRICT COURT
14
                       NORTHERN DISTRICT OF CALIFORNIA
15

16

17 MARK HARRIS,                             CASE NO. C-08-1810 JSW

18              Plaintiff,                  **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF INDIVIDUAL DEFENDANTS**

19        vs.

20 UNITED PARCEL SERVICE, INC., an
   Ohio Corporation; TONY AGENJO;
21 KIMBERLY MUNIZ; and DOES 1
   through ONE HUNDRED, inclusive,
22
                Defendants.
23

24

25

26

27

28
   Case No. C-08-01810 JSW                           STIPULATION RE DISMISSAL OF INDIVIDUAL
                                                                              DEFENDANTS
   LEGAL_US_W # 58762086.1

**STIPULATION**

The parties stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff dismisses as defendants in this case Tony Agenjo and Kimberly Muniz. In addition, Plaintiff dismisses the following claims with prejudice, each of which is alleged in the First Amended Complaint ("FAC") only against Agenjo and Muniz: tenth (inducing breach of contract); eleventh (intentional interference with prospective economic advantage); twelfth (negligent interference with prospective economic advantage); and fourteenth (defamation).

2. Agenjo and Muniz waive their right to claim any costs or fees associated with having been Defendants in the action.

3. Defendant United Parcel Service, Inc. ("UPS"), agrees to produce Agenjo and Muniz on reasonable notice for deposition so long as they are employees of UPS at that time.

4. Agenjo and Muniz agree to appear for deposition, whether or not they are employees of UPS at that time; and agree to supply UPS with their current contact information should they depart from UPS and to update that information through trial.

5. Agenjo and Muniz agree to appear at trial, based upon reasonable notice to counsel for UPS of 72 hours or more.

6. The parties agree that there will be no evidence of any sort, including documents, pleadings, and/or testimony, at trial regarding the fact that the Agenjo and Muniz were named in this action or that they have been dismissed. The parties agree, however, that any party may proffer admissions or other information found in pleadings, declarations, and/or any discovery documents that include Agenjo and Muniz in the caption or otherwise. In such event, the parties will redact references to Agenjo and Muniz being defendants or will otherwise meet

and confer to agree on an appropriate procedure to prevent disclosure of Agenjo's and Muniz's party status.

        SO STIPULATED.

DATED: April 21, 2008

E. JEFFREY GRUBE
KERRI N. HARPER
ANNA L. CHU

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:    */s/ Kerri N. Harper*
       KERRI N. HARPER

Attorneys for Defendants
UNITED PARCEL SERVICE, INC., TONY AGENJO, AND KIMBERLY MUNIZ

DATED: April 21, 2008

By:    */s/ Tony Agenjo*
       TONY AGENJO

DATED: April 21, 2008

By:    */s/ Kim Muniz*
       KIM MUNIZ

DATED: April 21, 2008

STEVEN J. MEHLMAN
MARC L. TERBEEK
MATTHEW M. OLIVERI

MEHLMAN-TERBEEK, LLP

By:    */s/ Matthew M. Oliveri*
       MATTHEW M. OLIVERI

Attorneys for Plaintiff MARK HARRIS

1
<u>ORDER</u>

2
    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4
DATED: _____      _____

5
                                         Honorable Jeffrey S. White