```
 1  E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com
    KERRI N. HARPER (SB# 217377) kerriharper@paulhastings.com
 2  ANNA L. CHU (SB# 243378) annachu@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
 3  55 Second Street, 24th Floor
    San Francisco, CA 94105-3441
 4  Telephone (415) 856-7000
    Facsimile (415) 856-7100
 5
    Attorneys for Defendants
 6  UNITED PARCEL SERVICE, INC., TONY AGENJO, and
    KIMBERLY MUNIZ
 7
    STEVEN J. MEHLMAN (SB# 95881) steven@mehlman-terbeek.com
 8  MARC L. TERBEEK (SB# 166098) marc@mehlman-terbeek.com
    MATTHEW M. OLIVERI (SB# 230486) matt@mehlman-terbeek.com
 9  MEHLMAN-TERBEEK, LLP
    2125 Oak Grove Road, Suite 125
10  Walnut Creek, CA 94598-3575
    Telephone (925) 935-3575
11  Facsimile (925) 935-1789

12  Attorneys for Plaintiff
    MARK HARRIS
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HARRIS,<br><br>  Plaintiff,<br><br>  vs.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Corporation; TONY AGENJO; KIMBERLY MUNIZ; and DOES 1 through ONE HUNDRED, inclusive,<br><br>  Defendants. | CASE NO. C-08-1810 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF INDIVIDUAL DEFENDANTS** |

Case No. C-08-01810 JSW

LEGAL_US_W # 58762086.1

STIPULATION RE DISMISSAL OF INDIVIDUAL DEFENDANTS

**STIPULATION**

The parties stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff dismisses as defendants in this case Tony Agenjo and Kimberly Muniz.  In addition, Plaintiff dismisses the following claims with prejudice, each of which is alleged in the First Amended Complaint ("FAC") only against Agenjo and Muniz: tenth (inducing breach of contract); eleventh (intentional interference with prospective economic advantage); twelfth (negligent interference with prospective economic advantage); and fourteenth (defamation).

2. Agenjo and Muniz waive their right to claim any costs or fees associated with having been Defendants in the action.

3. Defendant United Parcel Service, Inc. ("UPS"), agrees to produce Agenjo and Muniz on reasonable notice for deposition so long as they are employees of UPS at that time.

4. Agenjo and Muniz agree to appear for deposition, whether or not they are employees of UPS at that time; and agree to supply UPS with their current contact information should they depart from UPS and to update that information through trial.

5. Agenjo and Muniz agree to appear at trial, based upon reasonable notice to counsel for UPS of 72 hours or more.

6. The parties agree that there will be no evidence of any sort, including documents, pleadings, and/or testimony, at trial regarding the fact that the Agenjo and Muniz were named in this action or that they have been dismissed.  The parties agree, however, that any party may proffer admissions or other information found in pleadings, declarations, and/or any discovery documents that include Agenjo and Muniz in the caption or otherwise.  In such event, the parties will redact references to Agenjo and Muniz being defendants or will otherwise meet

and confer to agree on an appropriate procedure to prevent disclosure of Agenjo's and Muniz's party status.

        SO STIPULATED.

DATED:  April 21, 2008        E. JEFFREY GRUBE
                                        KERRI N. HARPER
                                        ANNA L. CHU

                                        PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                        By:        */s/ Kerri N. Harper*
                                                          KERRI N. HARPER

                                        Attorneys for Defendants
                                        UNITED PARCEL SERVICE, INC., TONY AGENJO, AND KIMBERLY MUNIZ

DATED:  April 21, 2008

                                        By:        */s/ Tony Agenjo*
                                                         TONY AGENJO

DATED:  April 21, 2008

                                        By:        */s/ Kim Muniz*
                                                          KIM MUNIZ

DATED:  April 21, 2008        STEVEN J. MEHLMAN
                                        MARC L. TERBEEK
                                        MATTHEW M. OLIVERI

                                        MEHLMAN-TERBEEK, LLP

                                        By:        */s/ Matthew M. Oliveri*
                                                          MATTHEW M. OLIVERI

                                        Attorneys for Plaintiff MARK HARRIS

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __April 23, 2008__        _Jeffrey S. White_____
                                 Honorable Jeffrey S. White