# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**           **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: August 8, 2008              **Court Reporter**: Belle Ball


**CASE NO. C-7-5099  JSW**

**TITLE:** Mark Harris v United Parcel Service


**COUNSEL FOR PLAINTIFF:**           **COUNSEL FOR DEFENDANT:**

Marc TerBeek                         Kerri Harper


**PROCEEDINGS:**   Initial Case Management Conference


**RESULTS:**   Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by August 15, 2008.

**Last day to file Amended Complaint pursuant to Stipulation: 8-29-08**

**ADR:  private mediation to be completed by:  1-23-09**

**Close of fact discovery:  1-30-09**

**Close of expert discovery:  7-31-09**

**Last date to file dispositive motions: 3-31-09**

**Hearing on dispositive motions (if any):    5-8-09 at 9:00 a.m.**

**Pretrial Conference: 9-14-09 at 2:00 p.m.**

**Jury Trial: 10-13-09 at 8:30 a.m. (7 - 10 days)**