IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: August 8, 2008                       **Court Reporter**: Belle Ball

**CASE NO. C-08-1810 JSW**

**TITLE:** Mark Harris v. United Parcel Service

**COUNSEL FOR PLAINTIFF:**            **COUNSEL FOR DEFENDANT:**

Marc TerBeek                                           Kerri Harper

**PROCEEDINGS:** Initial Case Management Conference

**RESULTS:**   Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by August 15, 2008.

    **Last day to file Amended Complaint: 8-29-08**

    **ADR: private mediation to be completed by 1-23-09**

    **Close of fact discovery: 1-30-09**

    **Close of expert discovery: 7-31-09**

    **Last day to file dispositive motions: 3-31-09**

    **Hearing on dispositive motions (if any): 5-8-09 at 9:00 a.m.**

    **Pretrial Conference: 9-14-09 at 2:00 p.m.**

    **Jury Trial: 10-13-09 at 8:30 a.m (7 - 10 days)**