1  E. JEFFREY GRUBE (SB# 167324)
   jeffgrube@paulhastings.com
2  KERRI N. HARPER (SB# 217377)
   kerriharper@paulhastings.com
3  ANNA L. CHU (SB# 243378)
   annachu@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
5  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
6  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
7
   Attorneys for Defendant
8  UNITED PARCEL SERVICE, INC.

9  STEVEN J. MEHLMAN (SB# 95881)
   steven@mehlman-terbeek.com
10 MARC L. TERBEEK (SB# 166098)
   marc@mehlman-terbeek.com
11 MEHLMAN TERBEEK LLP
   2124 Oak Grove Road, Suite 125
12 Walnut Creek, CA 94598
   Telephone: (925) 935-3575
13 Facsimile: (925) 935-1789

14 Attorneys for Plaintiff
   MARK HARRIS
15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                   SAN FRANCISCO DIVISION

19

20 | MARK HARRIS;                              | CASE NO. C-08-01810 JSW
21 |         Plaintiff,                        | **JOINT STATEMENT REGARDING CONSENT TO MAGISTRATE JUDGE**
22 |    vs.                                    |
23 | UNITED PARCEL SERVICE, INC.; an           |
   | Ohio Corporation; and DOES ONE            |
24 | THROUGH HUNDRED, inclusive,               |
25 |         Defendants.                       |

26
27
28

CASE NO. C-08-01810 JSW                   1                   JOINT STATEMENT RE
                                                              MAGISTRATE JUDGE
LEGAL US W # 59276124.8

1       Pursuant to the Court's August 8, 2008, Minute Order, the Parties submit this Joint Statement that they decline reassignment to a Magistrate Judge.

      The Parties, however, have initiated meet and confer efforts to assess whether they can agree to consent to reassignment to a Magistrate Judge. The Parties' good-faith meet and confer efforts continue, and the Parties anticipate that they will reach a final resolution within the coming weeks. The Parties will notify the Court immediately if their position with respect to consenting to a Magistrate Judge changes.

Dated: August 15, 2008

E. JEFFREY GRUBE
KERRI N. HARPER
ANNA L. CHU
PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:       /s/ Kerri N. Harper
      KERRI N. HARPER

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

Dated: August 15, 2008

STEVEN J. MEHLMAN
MARC L. TERBEEK
MEHLMAN TERBEEK LLP


By:       /s/ Marc L. TerBeek
      MARC L. TERBEEK

Attorneys for Plaintiff
MARK HARRIS

LEGAL_US_W # 59752535.1