IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HARRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED PARCEL SERVICE, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 08-01810 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** |

This matter is set for a hearing on February 20, 2009 on Defendant's motion to dismiss Plaintiff's Third Amended Complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than January 26, 2009 and a reply brief shall be filed by no later than February 2, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 12, 2009

                                                    JEFFREY S. WHITE<br>                                                  UNITED STATES DISTRICT JUDGE