1  MARC. L. TERBEEK, ESQ. (SB# 166098) marc@melhman-terbeek.com
   LAW OFFICES OF MARC TERBEEK
2  2648 International Blvd., Suite 115
   Oakland, CA 94601
3  Telephone (510) 689-0140
   Fax (925) 689-0143
4
   Attorneys for Plaintiff,
5  MARK HARRIS

6  E. JEFFREY GRUBE (SB# 167324) jeffgrube@paulhastings.com
   JOHN C. POST (SB# 233236) johnpost@paulhastings.com
7  JENNIFER Y. OH (SB# 260370) jenniferoh@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
8  55 Second Street, 24th Floor
   San Francisco, CA 94105-3441
9  Telephone (415) 856-7000
   Facsimile (415) 856-7100
10
   Attorneys for Defendant
11 UNITED PARCEL SERVICE, INC.

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  MARK HARRIS, | CASE NO. C-08-01810 JSW |
| 17           Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATED EXTENSION OF DISCOVERY CUT-OFF DATE** |
| 18       vs. | |
| 19  UNITED PARCEL SERVICE, INC., an Ohio Corporation; and DOES 1 through ONE HUNDRED, inclusive, | Date:       March __, 2009<br>Courtroom:   2, 17th Floor<br>Judge:       Hon. Jeffrey S. White |
| 20 | |
| 21           Defendants. | |

CASE NO. C-08-01810 JSW

[PROPOSED] ORDER GRANTING
STIPULATED EXTENSION OF
DISCOVERY CUT-OFF DATE

# ORDER

The Court, having considered the parties' Stipulation to Extend the Discovery Cut-off Date and good cause appearing therefor,

IT IS ORDERED that the stipulation be approved and the discovery close date of March 13, 2009, be and is hereby CONTINUED to April 3, 2009, only to permit Plaintiff to take those depositions he previously noticed and scheduled to take prior to the original cut-off date.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __March 24__, 2009

_____
HON. JEFFREY S. WHITE
Judge, United States District Court

LEGAL_US_W # 61309364.1

CASE NO. C-08-01810 JSW

[~~PROPOSED~~] ORDER GRANTING STIPULATED EXTENSION OF DISCOVERY CUT-OFF DATE