IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK HARRIS,

    Plaintiff,                                No. C 08-01810 JSW

  v.

UNITED PARCEL SERVICE, INC., et al.,        **JUDGMENT**

    Defendants.

    Pursuant to the Court's Order entered on this date granting Defendant United Parcel Service, Inc.'s ("UPS") motion for summary judgment, judgment is hereby entered in favor of UPS and against Plaintiff. Plaintiff shall take nothing by way of his Complaint.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: July 1, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE